**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELAINE ABOYADE-COLE BEY,**

       **Plaintiff,**

**-vs-**                                    **Case No. 6:09-cv-1572-Orl-31GJK**

**BANKATLANTIC, a Federal Savings Bank,**

       **Defendant.**

_____

## ORDER

This matter comes before the Court on the Application for Emergency Stay and/or Injunction as to Sale of September 15, 2009 (Doc. 2) filed by the Plaintiff. The Plaintiff seeks to have this Court enjoin the upcoming sale of a house located in Longwood pursuant to the order of a state court judge. However, she has failed to demonstrate how this Court possesses subject matter jurisdiction over this dispute. Accordingly, it is hereby

**ORDERED** that the Application for Emergency Stay and/or Injunction as to Sale of September 15, 2009 (Doc. 2) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 14, 2009.

                                                                 GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE