# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELAINE ABOYADE-COLE BEY,**

    **Plaintiff,**

-vs-                                                                      Case No. 6:09-cv-1572-Orl-31GJK

**BANKATLANTIC, a Federal Savings Bank,**

    **Defendant.**

## ORDER

    This matter comes before the Court on the Motion on Cause (Doc. 17), filed by the Plaintiff, Elaine Aboyade-Cole Bey ("Bey"). This case was dismissed on April 5 due to Bey's failure to respond to an Order to Show Cause (Doc. 15). As was the case with Bey's previous motion seeking miscellaneous relief (Doc. 13), the vast majority of the instant motion consists of legal gibberish, such as claims that the gold-fringed flags found in this courthouse are proof that this Court "does not represent nor support the United States Constitution" (Doc. 17 at 4), that the Uniform Commercial Code is the "Supreme Law of the Land" (Doc. 17 at 4), and that the United States Treasury somehow converts the numbers on one's birth certificate and Social Security card into "treasury securities and bonds," which are "securitized and pooled and then sold on the international market" (Doc. 17 at 2).

    At one point in her motion, however, Bey at least arguably complains that she missed the deadline for responding to the Order to Show Cause for reasons outside her control: "As pro se, Plaintiff has never received a hard copy of dates or times for upcoming defense via the US Postal

Service to be mailed to 165 Sheridan Avenue, Longwood, Florida 32750." (Doc. 17 at 1). The Court's records show that a copy of the Order to Show Cause was mailed to that address. And Bey makes it clear, in the instant motion, that she has previously received documents mailed by the Court to that address, such as the order denying her previous motion, and the notice of dismissal. And Bey never explicitly says that she did not see the Order to Show Cause prior to the dismissal of the case. Nonetheless, on its own initiative, the Court will provide Bey with additional time to satisfy the requirements set forth in the Order to Show Cause. If she is able to do so, the Court will reopen the instant case.

Accordingly, it is hereby

**ORDERED** that the Motion on Cause (Doc. 17) is **DENIED**. In addition, it is hereby

**ORDERED** that, on or before June 7, 2010, the Plaintiff shall either accomplish service of the summons and complaint upon the Defendant or show good cause for her failure to do so. Along with this Order, the Clerk is directed to mail a copy of the previous Order to Show Cause (Doc. 15) to the Plaintiff at the Sheridan Avenue address set forth above.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 7, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party